# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SISCOSUN CORPORATION, ZURICH LLOYDS CORPORATION** and
**JOHN TULI** a/k/a **JOHNNY TULI,**
Appellants,

v.

**REGIONS BANK,**
Appellee.

No. 4D22-1111

[March 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Gillman, Judge; L.T. Case No. 50-2021-CA-002636-XXXX-MB.

Jason Gordon of the Law Offices of Jason Gordon, P.A., Hollywood, for appellants.

Samuel M. Sheldon and Howard R. Behar of The Behar Law Firm, P.A., North Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***